B&ttle, J.
 

 It is a well settled; rule of the Court of Equity that it will restrain by injunction the assignor of an, equitable claim, from dismissing a suit at law, brought by the as-signee in h-is-
 
 name Deaver
 
 v.
 
 Eller,
 
 7 Ired. Eq. 24; 2 Story Eq. Jur. sec. 1040-1050. The present is not a case of such assignment, but it is- one in which the plaintiffs allege that they purchased
 
 bona
 
 fide, in the regular course of their business, an inland, bill of exchange purporting to have been drawn by the defendants Scott & Brother on Larnont’& Monk of Wilmington, and payable to the defendants Weill & Ana-dian, which was not endorsed by the-said payees, bat was endorsed by other persons to the plaintiffs' for value paid by them. The defendants, Scott & Brother, allege that the bill of exchange is- a forgery and the other defendants, Weill & Anadian, deny that they e-ver held such a bill of exchange as payees, and, of eonrse, could never have put it in circulation, and they executed to Scott & Brother a release of all their interest in it. But notwithstanding these answers, we think that the- plaintiffs have a right upon executing to the defendants, Weill & Anathan, a suitable and sufficient bond of indemnity to institute and carry on a suit at law in their names against Scott & Brother, to try the question whether the in
 
 *167
 
 strument in controversy is a forgery or not. Weill & Ana-than, upon having such an indemnity provided for them, cannot have any direct interest in the event of the suit; and the other defendants ought not to be allowed to use the release to avoid their responsibility upon the bill of exchange if it were not in fact a forgery, and if they be liable to the plaintiffs upon it according to the law merchant. As between the plaintiffs and these defendants, so far as the pleadings show, the question is purely a legal one, and the. latter ought to be restrained from insisting on the release for the purpose of preventing a trial at law.
 

 A decree may be drawn upon the principles herein declared.
 

 PeR CubxaM, Decree accordingly.